HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*

Counsel for Chapter 7 Trustee

*ELECTRONICALLY FILED*
*October 27, 2023*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. 22-50366-hlb<br>Chapter 7 |
| SCOTT A. CORRIDAN, | **Adv. No. 23-05013-hlb** |
| Debtor.<br>_____/ | |
| EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN, | ***EX PARTE* MOTION TO AMEND CASE CAPTION** |
| Plaintiff, | |
| vs. | |
| STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; WYMAN DEVELOPMENT COMPANY, INC., a Nevada corporation, and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY, | |
| Defendants.<br>_____/ | |

1    EDWARD M. BURR, the Plaintiff herein and the duly appointed Chapter 7
2  Trustee (the "Chapter 7 Trustee" or "Plaintiff") for the bankruptcy estate of Scott A.
3  Corridan, hereby files his *Ex Parte* motion to amend this adversary case's caption.

## MEMORANDUM OF POINTS AND AUTHORITIES

5    1.    The Complaint [DE 1] was filed by Plaintiff on September 4, 2023, against
6  defendants STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS,
7  LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN &
8  WEDGE; and WYMAN DEVELOPMENT COMPANY, INC., a Nevada corporation.

9    2.    On October 13, 2023, the Stipulation Between Chapter 7 Trustee and
10  Wyman Development Company, Inc. [BK DE 298] was filed in the underlying
11  bankruptcy case.    The stipulation resolved the issue between the bankruptcy case estate
12  and Wyman Development Company for purposes of the Complaint and provided that the
13  Chapter 7 Trustee would remove Wyman Development Company, Inc. from this
14  adversary proceeding.

15    3.    On October 13, 2023, the Chapter 7 Trustee filed the Amended Complaint
16  [DE 6].  The Amended Complaint removed Wyman Development Company, Inc., and
17  added defendant KEVIN HOROWITZ, sole proprietor of ST. HELENA
18  CONSTRUCTION COMPANY.

19    4.    On October 26, 2023, the Bankruptcy Court entered its Order Granting
20  Stipulation Between Chapter 7 Trustee and Wyman Development Company, Inc. [BK DE
21  309] in the underlying bankruptcy case.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ESTES LAW, P.C.**
605 Forest Street
Reno, Nevada  89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Adv. Claim Obj Lien Obj\Ex Parte Mot Amd Case Caption 102723.wpd

2

5. The Chapter 7 Trustee requests that this Court amend the caption with regard to the named parties in this case to reflect the current parties to this adversary proceeding. Plaintiff requests that the caption be amended to read as follows:

In Re:

SCOTT A. CORRIDAN,

        Debtor.
_____/

EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN,

        Plaintiff,

   vs.

STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY,

        Defendants.
_____/

///
///
///

**CONCLUSION**

WHEREFORE, the Chapter 7 Trustee requests that the Court grant his motion and for such other relief as is just and proper.

**DATED** this 27th day of October, 2023.

                                                  ESTES LAW, P.C.

                                                  By:    */s/ Holly E. Estes*
                                                         HOLLY E. ESTES, ESQ.
                                                         Attorney for the Trustee

**CERTIFICATE OF SERVICE**

I, Holly E. Estes, Esq., hereby certify that on the 27th day of October, 2023, the foregoing document was served on all parties consenting to electronic service in this case via the Court's CM/ECF system of the Bankruptcy Court.

/s/ Holly E. Estes

_____

HOLLY E. ESTES

# Exhibit "A"

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for Chapter 7 Trustee

*ELECTRONICALLY FILED*
*October 27, 2023*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
—ooOoo—

| | |
|---|---|
| In Re:<br><br>SCOTT A. CORRIDAN,<br><br>    Debtor.<br>_____/<br><br>EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; WYMAN DEVELOPMENT COMPANY, INC., a Nevada corporation, and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY,<br><br>    Defendants.<br>_____/ | Case No. 22-50366-hlb<br>Chapter 7<br><br>**Adv. No. 23-05013-hlb**<br><br>**ORDER GRANTING *EX PARTE* MOTION TO AMEND CASE CAPTION** |

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Adv. Claim Obj Lien Obj\Ex Parte Mot Amd Case Caption 102723.wpd

1   The Court having reviewed the Chapter 7 Trustee's *Ex Parte* Motion to Amend Case Caption and good cause appearing,

**IT IS HEREBY ORDERED** that the case caption be amended with regard to the named parties in this case to reflect the current parties to this adversary proceeding.

**IT IS HEREBY FURTHER ORDERED** that the named parties in the caption shall read as follows:

In Re:

SCOTT A. CORRIDAN,

      Debtor.
_____/

EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN,

      Plaintiff,

vs.

STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY,

      Defendants.
_____/

1  **IT IS SO ORDERED.**

2  PREPARED AND SUBMITTED BY:

3  ESTES LAW, P.C.

5  By:     */s/ Holly E. Estes*

6      HOLLY E. ESTES, ESQ.

7      Attorney for Chapter 7 Trustee

10                                         ###