_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
October 31, 2023

_____

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada  89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for Chapter 7 Trustee

*ELECTRONICALLY FILED*
*October 27, 2023*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
—ooOoo—

| | |
|---|---|
| In Re: | Case No. 22-50366-hlb |
| SCOTT A. CORRIDAN, | Chapter 7 |
| Debtor. | **Adv. No. 23-05013-hlb** |
| _____/ | |
| EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN, | **ORDER GRANTING *EX PARTE* MOTION TO AMEND CASE CAPTION** |
| Plaintiff, | |
| vs. | |
| STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; WYMAN DEVELOPMENT COMPANY, INC., a Nevada corporation, and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY, | |
| Defendants. | |
| _____/ | |

1  The Court having reviewed the Chapter 7 Trustee's *Ex Parte* Motion to Amend
2  Case Caption and good cause appearing,
3  **IT IS HEREBY ORDERED** that the case caption be amended with regard to the
4  named parties in this case to reflect the current parties to this adversary proceeding.
5  **IT IS HEREBY FURTHER ORDERED** that the named parties in the caption
6  shall read as follows:
7  In Re:
8
9  SCOTT A. CORRIDAN,
10
11
12          Debtor.
13  _____/
14
15  EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of
16  SCOTT CORRIDAN,
17
18          Plaintiff,
19
20      vs.
21
22  STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a
23  Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE;
24  and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION
25  COMPANY,
26
27          Defendants.
28  _____/

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

ESTES LAW, P.C.


By:     */s/ Holly E. Estes*

   HOLLY E. ESTES, ESQ.

   Attorney for Chapter 7 Trustee

###