NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

SCOTT A. CORRIDAN ,
                      Debtor(s)

BK−22−50366−hlb
CHAPTER 7

Adversary Proceeding: 23−05013−hlb

EDWARD M. BURR, et al,
                      Plaintiff(s)

vs

STEVEN BALDWIN
BIG WATER INVESTMENTS, LLC
ROCK & ROSE, INC.
WOODBURN & WEDGE
TERRE BALDWIN
KEVIN HOROWITZ, et al,
                      Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  February 14, 2024
Hearing Time:  11:00 am

I, __Holly E. Estes_____, certify that I am at least 18 years old and not a party to the matter concerning
             (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on ___11/1/2023_____
             (date)

by:

☒    Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: (Describe briefly)

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
       as follows: (Describe briefly)                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __November 1, 2023__          Signature: __/s/ Holly E. Estes__

Print Name: __Holly E. Estes__
Business Address: __605 Forest Street__
City: __Reno__          State: __NV__          Zip: __89509__

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SCOTT A CORRIDAN<br><br>EDWARD M. BURR, Trustee,<br><br>v.<br><br>STEVE BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC; ROCK & ROSE, INC; WOODBURN & WEDGE; KEVIN HOROWITZ, SOLE PROPRIETOR OF ST. HELENA CONSTRUCTION COMPANY | CASE NO: 22-50366-hlb<br><br>ADVERSARY CASE NO: 23-05013-hlb<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 6 |

On 11/1/2023, I did cause a copy of the following documents, described below,

Amd Complaint ECF Docket Reference No. 6

Amd Summons 13

Standard Discovery Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/1/2023

/s/ Holly E. Estes, Esq
Holly E. Estes, Esq  11797
Estes Law, P.C.
605 Forest Street
Reno, NV  89509
775 321 1333

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SCOTT A CORRIDAN | CASE NO: 22-50366-hlb |
| EDWARD M. BURR, Trustee, | ADVERSARY CASE NO: 23-05013-hlb |
| v. | **CERTIFICATE OF SERVICE** |
| STEVE BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC; ROCK & ROSE, INC; WOODBURN & WEDGE; KEVIN HOROWITZ, SOLE PROPRIETOR OF ST. HELENA CONSTRUCTION COMPANY | Chapter: 7  ECF Docket Reference No. 6 |

On 11/1/2023, a copy of the following documents, described below,
Amd Complaint  ECF Docket Reference No. 6

Amd Summons 13

Standard Discovery Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2023

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Holly E. Estes, Esq
Estes Law, P.C.
605 Forest Street
Reno, NV  89509

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS                        FIRST CLASS                        FIRST CLASS
WOODBURN & WEDGE CHARTERED         WOODBURN & WEDGE CHARTERED         ROCK & ROSE, INC.
ATTN SETH ADAMS                    C/O GREG P. BERNARD                C/O LAUGHLIN ASSOCIATES, INC.
6100 NIEL RD., STE. 500            6100 NIEL RD., STE. 500            680 W. NYE LANE, STE. 202
RENO  NV 89511                     RENO  NV 89511                     CARSON CITY NV 89703


FIRST CLASS                        FIRST CLASS                        FIRST CLASS
ROCK & ROSE, INC.                  STEVE & TERRE BALDWIN              BIG WATER INVESTMENTS, LLC
C/O ERIK LATHAM NEU                1008 HUMBOLDT ST.                  C/O JOHN CUNHA
PO BOX 6381                        SAN MATEO CA 94401                 2117 TARA RIDGE TRAIL
TAHOE CITY CA 96145                                                   RENO NV 89523



BIG WATER INVESTMENTS, LLC         ROCK & ROSE, INC.                  KEVIN HOROWITZ
C/O JOHN CUNHA CPA, PC             C/O ERIK LATHAM NEU                SOLE PROPRIETOR OF SAINT HELENA
6380 MAE ANNE AVE, UNIT 7          10739 GLENSHIRE DR.                CONSTRUCTION CO.
RENO NV 89523                      TRUCKEE, CA 96161                  2601 SILVERADO TRAIL
                                                                      ST. HELENA, CA 94574
```