|   |   |
|---|---|
| HOLLY E. ESTES, ESQ.<br>Nevada Bar No. 11797<br>Estes Law, P.C.<br>605 Forest Street<br>Reno, Nevada 89509<br>Telephone (775) 321-1333<br>Facsimile (775) 321-1314<br>***Email: hestes@esteslawpc.com***<br>Counsel for Chapter 7 Trustee | ***ELECTRONICALLY FILED***<br>***January 23, 2024*** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
—ooOoo—

| | |
|---|---|
| In Re:<br><br>SCOTT A. CORRIDAN,<br><br>    Debtor.<br>_____/<br><br>EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY,<br><br>    Defendants.<br>_____/ | Case No. 22-50366-hlb<br>Chapter 7<br><br>**Adv. No. 23-05013-hlb**<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGEMENT AGAINST ALL DEFENDANTS ON CLAIMS 1-4 AND 6, AND REQUEST FOR COURT TO DIRECT ENTRY OF FINAL JUDGEMENT**<br><br><br>Hearing Date: March 29, 2024<br>Hearing Time: 1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that on January 12, 2024, Chapter 7 Trustee Edward M. Burr (the "Trustee"), filed his Motion for Judgement on the Pleadings or, in the Alternative, Motion for Summary Judgement Against All Defendants on Claims 1-4 and 6, and Request for Court to Direct Entry of Final Judgement [DE 20] (the "Motion") by electronic filing with the United States Bankruptcy Court, District of Nevada. The Motion requests judgement on the pleadings or in the alternative summary judgement against all Defendants on claims: (1) to determine the validity of Defendants' liens; (2) to

1  determine the Trustee's priority and to avoid Defendants' unperfected and invalid liens
2  [11 U.S.C. §544]; (3) Declaratory Relief that Defendants' liens are invalid; (4) Trustee's
3  Objections to Defendants' secured claims; and (6) to Recover Property Transferred [11
4  U.S.C. §550] and for the Court to direct entry of a final judgement.

5        **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the
6  relief sought in the Motion, or if you want the Court to consider your views, you must file
7  an opposition with the Court, and serve a copy on the person making the Motion ***no later***
8  ***21-days after the date the Motion is served.*** See Local Rule 7056(c). The opposition must
9  state your position, set forth all relevant facts and legal authority, and be supported by
10 affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court. You <u>must</u> also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may <u>refuse to allow you to speak</u> at the scheduled hearing; and
> - The court may <u>rule against you</u> without formally calling the matter at the hearing.

19 Copies of the Motion may be obtained by written request from Estes Law, P.C. at the
20 address above or may be obtained directly from the Bankruptcy Court's website at
21 www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the
22 United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, NV 89509,
23 during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.
24 ///
25 ///
26 ///
27 ///
28

**ESTES LAW, P.C.**
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Adv. Claim Obj Lien Obj\MJP or MSJ\NOH MJP or MSJ 011724.wpd

2

1  **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509 Bankruptcy Courtroom 2, Fifth Floor. Any interested party wishing to appear and participate at the hearing by phone may call the telephone conference line 1 (669) 254-5252, Meeting ID 160 532 0260, Passcode 643758#.

DATED this 23rd day of January, 2024.

> ESTES LAW, P.C.
>
> By:   */s/ Holly E. Estes*
>       HOLLY E. ESTES, ESQ.
>       Counsel for Chapter 7 Trustee

28  **CERTIFICATE OF SERVICE**

1  I, Holly E. Estes, Esq., hereby certify that on the 23rd day of January, 2024, the foregoing document was served on all parties consenting to electronic service in this case via the Court's CM/ECF system of the Bankruptcy Court.

*/s/ Holly E. Estes*

_____

HOLLY E. ESTES

**ESTES LAW, P.C.**
**605 Forest Street**
**Reno, Nevada  89509**
**(775) 321-1333**

F:\Estes Law Backup 041422\Corridan, Scott\Adv. Claim Obj Lien Obj\MJP or MSJ\NOH MJP or MSJ 011724.wpd

4