NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–50366–hlb |
| | CHAPTER 7 |
| SCOTT A. CORRIDAN , | |
| Debtor(s) | |
| | Adversary Proceeding: 23–05013–hlb |
| EDWARD M. BURR, et al, | AMENDED NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| STEVEN BALDWIN, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *22* – Declaration Of: Holly E. Estes, Esq. with Certificate of Service Filed by HOLLY E ESTES on behalf of EDWARD M. BURR (Related document(s)20 Motion for Summary Judgment filed by Plaintiff EDWARD M. BURR, 21 Document filed by Plaintiff EDWARD M. BURR.) (ESTES, HOLLY) |
| | *23* – Notice of Hearing Hearing Date: 03/29/2024 Hearing Time: 1:30 p.m. with Certificate of Service Filed by HOLLY E ESTES on behalf of EDWARD M. BURR (Related document(s)20 Motion for Summary Judgment filed by Plaintiff EDWARD M. BURR.)(ESTES, HOLLY) |
| Filed On: | 1/23/24 |
| With A Hearing Date Of: | 3/29/24 |
| And A Hearing Time Of: | 1:30 pm |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 1/24/24

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**