# EXHIBIT 1

# EXHIBIT 1

## ALTA COMMITMENT FOR TITLE INSURANCE (07-01-2021)
## SCHEDULE B PART I

ISSUED BY
STEWART TITLE GUARANTY COMPANY

File No.: 2097775

### Requirements

All of the following Requirements must be met:

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

5. Show that restrictions or restrictive covenants have not been violated.

6. Furnish proof of payment of all bills for labor and material furnished or to be furnished in connection with improvements erected or to be erected.

7. Pay all taxes, charges, and assessments affecting the land that are due and payable.

8. After the review of all the required documents, the Company reserves the right to add additional items and/or make additional requirements prior to the issuances of any policy of title insurance.

9. The requirement that payment in full per demand and a release to follow or at close is required for a Deed of Trust to secure an indebtedness in the amount of $424,100.00, dated November 10, 2017, executed by Scott Alan Corridan and Russell Clifford Corridan, Domestic Partners, as Trustor, to Scott Everett, as Trustee, in favor of Mortgage Electronic Registration Systems, Inc. solely as nominee for the Lender, being Everett Financial, Inc. D/B/A Supreme Lending, as Beneficiary, recorded on November 14, 2017 Document No. 4763363, Official Records of Washoe County, Nevada.

    ASSIGNMENT:  The Beneficial interest of record under said Deed of Trust was assigned to Northpointe Bank, a Michigan Banking Corporation, recorded 10/30/2019, Document No. 4967825, of Official Records.

    ASSIGNMENT:  The Beneficial interest of record under said Deed of Trust was assigned to Northpointe Bank, recorded 07/21/2022, Document No. 5319808, of Official Records.

    ASSIGNMENT:  The Beneficial interest of record under said Deed of Trust was assigned to Pingora Loan Servicing, LLC, recorded 11/30/2022, Document No. 5349533, of Official Records.

10. If the interest of the requesting lender under that certain Request for Notice below is eliminated, said Request for Notice will no longer have any effect:

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II -Exceptions; and a countersignature by the Company or its issuing agent that may be in electronic form.*

Copyright 2021 American Land Title Association.  All rights reserved.
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited.  Reprinted under license from the American Land Title Association.
File No.: 2097775
ALTA Commitment for Title Insurance Schedule BI (07-01-2021)
Page 4 of  11



_____   _____   _____   _____
Initial       Initial       Initial       Initial

ALTA COMMITMENT FOR TITLE INSURANCE (07-01-2021)
SCHEDULE B PART I

ISSUED BY
STEWART TITLE GUARANTY COMPANY

A Request that a copy of any Notice of Default and any Notice of Sale, pursuant to NRS Chapters 107 or 116, be mailed to NationStar Mortgage, LLC, at the address provided therein, recorded on November 18, 2022 Document No. 5347793, Official Records of Washoe County, Nevada.

11. The requirement that payment in full per demand and a release to follow or at close is required for a Deed of Trust to secure an indebtedness in the amount of $140,000.00, dated November 13, 2017, executed by Scott Alan Corridan and Russell Clifford Corridan, husband and husband, as community property with right of survivorship, as Trustor, to Reliant Title, as Trustee, in favor of Ernest J. Polati, Jr., Trustee of the Shelter Trust Created under the Polati 1996 Trust dated January 3, 1996, as Beneficiary, recorded on November 14, 2017 Document No. 4763364, Official Records of Washoe County, Nevada.

12. The requirement that the terms and conditions are met and a release to follow or at close is required for a Performance Deed of Trust to secure an Agreement, dated February 6, 2020, executed by Scott A. Corridan, as Trustor, to Reynolds Tilbury Woodward LLP, as Trustee, in favor of Thomas Glazier, as Beneficiary, recorded on February 14, 2020 Document No. 5001297, Official Records of Washoe County, Nevada.

A substitution of trustee which names Total Lender Solutions, Inc. as trustee recorded 09/03/2021 as Instrument No. 5222997.

NOTICE OF DEFAULT under the terms of above Lien as follows:

Recorded:  09/03/2021
Document No.: 5222998, of Official Records

State of Nevada Foreclosure Mediation Program Certificate recorded on 06/10/2022 as Instrument No. 5309747.

NOTICE OF TRUSTEE'S SALE under the terms of above Deed of Trust as follows:

Recorded:  06/14/2022
Document No.: 5310333, of Official Records

The Deed of Trust shown as Item 12, is in default.  Contact Trustee for status of foreclosure or for amounts necessary to bring current. (A copy of Notice of Default/Notice of Sale will be furnished upon request.)

13. Intentionally omitted

14. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $9,131.24 plus interest, costs, attorney fees and any other amounts due from Scott A. Corridan, as Debtor, in favor of Department of Employement Training & Rehabilitation, Employement Security Division, as Creditor, in Washoe County of the Washoe, as Case No. CV18-00886, recorded May 10, 2018 Document No. 4813096, Official Records of Washoe County, Nevada.

15. The requirement that payment in full per demand and a release to follow or at close is required for a tax lien for the amount shown and any other amounts due, in favor of the State of Nevada, as Certificate No. 365687 against Scott A. Corridan, as Taxpayer, in the amount of $24,142.51, recorded on May 18, 2018 Document No. 4815646, Official Records of Washoe County, Nevada.

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II -Exceptions; and a countersignature by the Company or its issuing agent that may be in electronic form.*

**Copyright 2021 American Land Title Association.  All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited.  Reprinted under license from the American Land Title Association.
File No.: 2097775
ALTA Commitment for Title Insurance Schedule BI (07-01-2021)
Page 5 of  11



_____   _____   _____   _____
Initial     Initial       Initial       Initial

## ALTA COMMITMENT FOR TITLE INSURANCE (07-01-2021)
## SCHEDULE B PART I

ISSUED BY
STEWART TITLE GUARANTY COMPANY

16. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $3,235.68 plus interest, costs, attorney fees and any other amounts due from Scott A. Corridan, as Debtor, in favor of Department of Employement Training & Rehabilitation, Employement Security Division, as Creditor, in Washoe County of the Washoe, as Case No. CV18-01385, recorded July 17, 2018 Document No. 4833151, Official Records of Washoe County, Nevada.

17. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $2,499.88 plus interest, costs, attorney fees and any other amounts due from Scott A. Corridan, as Debtor, in favor of Department of Employement Training & Rehabilitation, Employement Security Division, as Creditor, in Washoe County of the Washoe, as Case No. CV19-00793, recorded April 17, 2019 Document No. 4902836, Official Records of Washoe County, Nevada.

18. Judgment in favor of Steven Baldwin and Terre Baldwin against Scott Corridan, in the amount of $76,138.66 plus court cost & interest, entered on July 31, 2019 as Case Number CV19-01502 and recorded August 1, 2019 as instrument number 4936398, in Washoe County.

    and amended on recorded August 1, 2019 as instrument number 4936399, in Washoe County.

19. The requirement that payment in full per demand and a release to follow or at close is required for a tax lien for the amount shown and any other amounts due, in favor of the State of Nevada, as Certificate No. 379838 against Scott A. Corridan, as Taxpayer, in the amount of $11,180.09, recorded on October 22, 2019 Document No. 4965121, Official Records of Washoe County, Nevada.

    Amendment recorded on November 12, 2019 Document No. 4971970, Official Records of Washoe County, Nevada.

    Amendment recorded on November 19, 2020 Document No. 5105976, Official Records of Washoe County, Nevada.

20. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $16,858.23 plus interest, costs, attorney fees and any other amounts due from Scott Corridan, individually and dba Scott Corridan Design, as Debtor, in favor of Big Water Investments, LLC, a Nevada limited liability company, as Creditor, in Washoe County of the Second Judicial District Court of the State of Nevada in and for the County of Washoe, as Case No. CV19-01689, recorded December 16, 2019 as Document No. 4982828, Official Records of Washoe County, Nevada.

21. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $38,338.47 plus interest, costs, attorney fees and any other amounts due from Scott Corridan dba Scott Corridan Design, as Debtor, in favor of Rock & Rose, Inc, as Creditor, in Washoe County of the Second Judicial District Court of the State of Nevada in and for the County of Washoe, as Case No. CV19-01920, recorded February 11, 2020 as Document No. 4999922, Official Records of Washoe County, Nevada.

22. The requirement that payment in full per demand and a release to follow or at close is required for a certified copy of a Judgment in the amount of $63,497.11 plus interest, costs, attorney fees and any other amounts due from Scott ALan Corridan, as Debtor, in favor of Russell Clifford Corridan, as Creditor, in Washoe County of the Family Division of the Second Judicial District Court of the State of Nevada in and for the County of Washoe, as Case No. DV18-01651, recorded March 31, 2020 as Document No. 5015679, Official Records of Washoe County, Nevada.

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II -Exceptions; and a countersignature by the Company or its issuing agent that may be in electronic form.*

**Copyright 2021 American Land Title Association.  All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited.  Reprinted under license from the American Land Title Association.
File No.: 2097775
ALTA Commitment for Title Insurance Schedule BI (07-01-2021)
Page 6 of  11



_____   _____   _____   _____
Initial      Initial      Initial      Initial

**ALTA COMMITMENT FOR TITLE INSURANCE (07-01-2021)**
**SCHEDULE B PART I**

ISSUED BY
STEWART TITLE GUARANTY COMPANY

23. The requirement that payment in full per demand and a release to follow or at close is required for a Claim of Lien against Scott A & Russell C Corridan in favor of Wyman Development Company, in the amount of $77,952.79 plus interest and costs, recorded on May 26, 2020 as Document No. 5032859, Official Records of Washoe County, Nevada.

24. The requirement for a full value conveyance or a release/abandonment of homestead for a Declaration of Homestead, dated 26 April, 2021, executed by Scott Alan Corridan, an unmarried man, recorded on July 12, 2021 Document No. 5203142, Official Records of Washoe County, Nevada.

25. The requirement that payment in full per demand and a release to follow or at close is required for a tax lien for the amount shown and any other amounts due, in favor of the State of Nevada, as Certificate No. 393423 against Scott A. Corridan, as Taxpayer, in the amount of $87,852.54, recorded on September 16, 2021 Document No. 5227222, Official Records of Washoe County, Nevada.

    Amendment recorded on June 8, 2022 Document No. 5309147, Official Records of Washoe County, Nevada.

26. Judgment in favor of Kevin Horowitz, Sole Properietor of St. Helena Construction Company against Scott A. Corridan, in the amount of $321,107.00 plus court cost & interest, entered on June 8, 2022 as Case Number CV22-00906 and recorded June 29, 2022 as instrument number 5314943, in Washoe County.

27. Subject to the effect of bankruptcy proceedings pending in United States Bankruptcy Court, Nevada District, Case No. 22-50366, filed on July 12, 2022.

    The effect of bankruptcy proceedings of Scott A. Corridan, Debtor in Case No. 22-50366. The Company requires copies of the docket sheet, petition with schedules, and other satisfactory final non-appealable orders, plans, or documents in the bankruptcy proceedings authorizing the contemplated transaction. At the time the Company is furnished these items, the Company may make additional requirements for exceptions.

28. The requirement that an Owner's Declaration/Affidavit be completed, and supplied for review prior to the issuance of a policy of title insurance.

29. The requirement that a copy of the Scott Alan Corridan Family Trust Agreement dated 26 April, 2021 Agreement and any amendments thereto, referred to in the vesting herein, be supplied to this office for review prior to the issuance of any policy of title insurance.

30. NOTES REGARDING THE PROPOSED BUYER, requiring special consideration and/or resolution prior to the close of escrow:

    The requirement that a copy of the David and Linda Shaheen Trust, as first executed on March 5, 2012 Agreement and any amendments thereto, be supplied to this office for review prior to the issuance of any policy of title insurance.

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II -Exceptions; and a countersignature by the Company or its issuing agent that may be in electronic form.*

**Copyright 2021 American Land Title Association.  All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use.
All other uses are prohibited.  Reprinted under license from the American Land Title Association.

File No.: 2097775
ALTA Commitment for Title Insurance Schedule BI (07-01-2021)
Page 7 of  11

_____  _____  _____  _____
Initial     Initial     Initial     Initial

