# EXHIBIT 1

# EXHIBIT 1

**Washoe APN#** ___130-163-23___
**Recording Requested by:**
Name: ___Incline Law Group, LLP___
Address: ___264 Village Blvd., Suite 104___
City/State/Zip: ___Incline Village, NV  89451___

**When Recorded Mail to:**
Name: ___Incline Law Group, LLP___
Address: ___264 Village Blvd., Suite 104___
City/State/Zip: ___Incline Village, NV  89451___

**DOC #4936399**
08/01/2019 04:49:18 PM
Electronic Recording Requested By
INCLINE LAW GROUP LLP
Washoe County Recorder
Kalie M. Work
Fee: $41.00  RPTT: $0
Page 1 of 3

( for Recorder's use only )

AFFIDAVIT OF JUDGMENT CREDITOR
[NRS 17.150]

_____
**( Title of Document )**

**Please complete Affirmation Statement below:**

[X] I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

[ ] I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:_____
(State specific law)

_____  Attorney for Judgment Creditor
**Signature**                                    **Title**
Jeremy L. Krenek, Esq.
_____
**Printed Name**

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.    (Additional recording fee applies)

Washoe County APN: 130-163-23

Recording Requested by, and
When Recorded Mail to:

Incline Law Group, LLP
264 Village Blvd., Suite 104
Incline Village, NV 89451

---

### AFFIDAVIT IN SUPPORT OF FILING OF FOREIGN JUDGMENT

[NRS 17.360]

State of Nevada    )
                   ) ss.
County of Washoe)

I, JEREMY L. KRENEK, being first duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the State of Nevada and I am the attorney of record for the judgment creditors, STEVEN and TERRE BALDWIN, in proceedings in the Second Judicial District Court, Washoe County, State of Nevada, Case No. CV19-01502, regarding enforcement of a judgment entered in said Court and recorded concurrently herewith.

2. The name and last known post office address of the judgment debtor is:

    SCOTT CORRIDAN DESIGN
    120 Country Club Drive, Unit 7
    Incline Village, NV 89451

    SCOTT CORRIDAN
    PO Box 2381
    Kings Beach, CA 96143

    SCOTT CORRIDAN
    PO Box 6365
    Incline Village, NV 89450

(Residence Address: 223 Pelton Lane, Incline Village, NV 89451)

3. The name and address of the attorney for Judgment Debtor is:

> ALAN WECHSLER, ESQ.
> Mountainside Law
> 940 Southwood Blvd., Suite 102
> Incline Village NV 89451

4. The name and address of the Judgment Creditors are:

> STEVEN and TERRE BALDWIN
> 774 Mays Blvd., Suite 10-642
> Incline Village, NV 89451

5. The name and address of the attorneys for the Judgment Creditors are:

> ANDREW N. WOLF, ESQ.
> JEREMY L. KRENEK, ESQ.
> Incline Law Group, LLP
> 264 Village Blvd., Suite 104
> Incline Village, NV 89451

DATED: August 1, 2019

_____
JEREMY L. KRENEK

State of Nevada    )
                   ) ss.
County of Washoe)

Subscribed and sworn to before me this 1st day of August, 2019, by JEREMY L. KRENEK.

_____
Notary Public in and for said County and State

CRYSTAL SHANNON LYLE
Notary Public-State of Nevada
APPT. NO. 15-1463-2
My Appt. Expires 04-07-2023