L. Edward Humphrey, Esq., NSB 9066
Patrick O'Rourke, Esq., NSB 13557
**HUMPHREY O'ROURKE PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel:    (775) 420-3500
Fax:    (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Attorneys for Steven and Terre Baldwin, Big Water Investments, LLC, and Kevin Horowitz, sole proprietor of St. Helena Construction Company*

Louis M. Bubala III, Esq. NSB 8974
**KAEMPFER CROWELL**
50 W. Liberty St., Ste. 1100
Reno, Nevada 89501
Tel:    (775) 852-3900
Fax:    (775) 327-2011
lbubala@kcnvlaw.com
*Attorneys for Rock & Rose, Inc.*

Seth J. Adams, Esq., NSB 11034
**WOODBURN AND WEDGE**
6100 Neil Rd., Ste. 500
Reno, Nevada 89511
Tel:    (775) 688-3300
Fax:    (775) 688-3088
sadams@woodburnandwedge.com
*Attorneys for Woodburn and Wedge*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>SCOTT A. CORRIDAN,<br><br>　　　　　Debtor.<br><br>———<br><br>EDWARD M. BURR, in his capacity as Chapter 7 Trustee for the bankruptcy estate of SCOTT CORRIDAN,<br>　　　　　Plaintiff,<br>　　vs.<br><br>STEVEN BALDWIN; TERRE BALDWIN; BIG WATER INVESTMENTS, LLC, a Nevada limited liability company; ROCK & ROSE, INC.; WOODBURN & WEDGE; and KEVIN HOROWITZ, sole proprietor of ST. HELENA CONSTRUCTION COMPANY,<br>　　　　　Defendants. | Case No.: 22-50366-hlb<br>Chapter 7<br><br>**Adv. No. 23-05013-hlb**<br><br>**DISPUTED LIEN CLAIMANTS' COUNTERMOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, COUNTERMOTION FOR SUMMARY JUDGEMENT AGAINST TRUSTEE ON CLAIMS 1-4 AND 6, AND REQUEST FOR COURT TO DIRECT ENTRY OF FINAL JUDGEMENT**<br><br>Hearing Date:  March 29, 2024<br>Hearing Time: 1:30 p.m. |



1

Creditors and Defendants Steven and Terre Baldwin (collectively, "Baldwins"), Big Water Investments, LLC ("Big Water"), Kevin Horowitz, sole proprietor of St. Helena Construction Company ("Horowitz"), Rock & Rose, Inc. ("Rock"), and Woodburn and Wedge ("Woodburn" and together with Baldwin, Big Water, and Rock the "Disputed Lien Claimants"), through their undersigned counsel of record, file this Countermotion for Judgment on the Pleadings or, in the Alternative, Countermotion for Summary Judgment Against the Trustee, in response to *Plaintiff's Motion for Judgement on the Pleadings or, in the Alternative, Motion for Summary Judgement Against all Defendants on Claims 1-4 and 6, and Request for Court to Direct Entry of Final Judgement*, initially filed on January 12, 2024, at Adv. ECF No. 20 ("MSJ").[1,2]

## MEMORANDUM OF POINTS AND AUTHORITIES

For the reasons set out in the *Disputed Lien Claimants' Joint Opposition To Plaintiff's Motion For Judgment On The Pleadings Or, In The Alternative, Motion For Summary Judgment Against All Defendants On Claims 1-4 And 6, And Request For Court To Direct Entry Of Final Judgment* filed on February 16, 2024, at Adv. ECF No. 37, which is fully incorporated herein by this reference, the Disputed Lien Claimants submit that entry of judgment in their favor is appropriate on all lien related claims alleged in the Trustee's Amended Complaint, filed October 13, 2023, at Adv. ECF No. 6. *See In re Calder*, 94 B.R. 200, 203 (D. Utah 1988) (stating, "[u]nder Rule 56, the Court, upon motion by one party for summary judgment [also] has the power to grant summary judgment against the moving party and in favor of the non-moving party, although the latter has not filed a cross-motion for summary judgment").

---

[1] All References to "Bankruptcy Case" are to the underlying bankruptcy case of Scott A. Corridan, case no. 22-50366-HLB, all references to "BK ECF No." and/or "BK DE" are to the docket entries in that Bankruptcy Case and all references to "Adv. ECF No." and/or "Adv. DE" are to docket entries in this adversary proceeding. All future references to "Code," "Section," and "§" are to the Bankruptcy Code, Title 11 of the United States Code, unless otherwise indicated.

[2] This version of the Countermotion is being refiled to replace Adv. ECF No. 39, per the Notice of Docketing Error entered at Adv. ECF No. 42.



Accordingly, the Disputed Lien Claimants request entry of a final judgment in their favor on the Trustee's First, Second, Third, and Fourth Claims for relief asserted in the Amended Complaint, as well as all aspects of the Trustee's Sixth Claim for relief that implicate the First through Fourth Claims for Relief.

DATED: February 20, 2024.

**HUMPHREY O'ROURKE PLLC**

By: /s/ *L. Edward Humphrey*
L. Edward Humphrey, Esq.
*Attorneys for Steven and Terre Baldwin, Big Water Investments, LLC, and Kevin Horowitz, sole proprietor of St. Helena Construction Company*

**KAEMPFER CROWELL**

By: /s/ *Louis M. Bubala III*
Louis M. Bubala III, Esq.
*Attorneys for Rock & Rose, Inc.*

**WOODBURN AND WEDGE**

By: /s/ *Seth J. Adams*
Seth J. Adams, Esq.
*Attorneys for Woodburn and Wedge*



3